```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KAMAL K. ROY,                    :    CIVIL ACTION
                                 :    NO. 15-3538
        Plaintiff,               :
                                 :
     v.                          :
                                 :
U.S. GOVERNMENT AT WHITE HOUSE,  :
DC, et al.,                      :
                                 :
        Defendants.              :
```

## **O R D E R**

**AND NOW**, this **3rd** day of **February, 2017,** upon consideration of Plaintiff's Rule 60(b) Motion (ECF No. 7) and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED.**

**AND IT IS SO ORDERED.**

```
                    /s/ Eduardo C. Robreno
                    EDUARDO C. ROBRENO,  J.
```